No. 626. UNITED STATES v. RACHMIL. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Thacher,* and *Messrs. William H. Ramsey* and *Paul D. Miller* for the United States. No appearance for respondent.

No. 631. SNIDER ET AL. v. UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Walter Cocke* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.

No. 645. BELL ET AL. v. UNITED STATES STEEL PRODUCTS Co.; and

No. 654. CALIFORNIA PACKING CORP. v. SAME. March 2, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Chauncey I. Clark* and *Ralph W. Brown* for Bell et al. *Messrs. Leonard J. Matteson* and *T. Catesby Jones* for California Packing Corp. *Messrs. Charles S. Haight, Kenneth B. Halstead,* and *John W. Griffin* for respondent.

No. 646. BLANKENBURG v. MASSACHUSETTS. March 2, 1931. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts, County of Suffolk, denied. *Mr. Asa P. French* for petitioner. *Mr. Joseph E. Warner* for respondent.

No. 648. VINSON, ADMINISTRATOR, ET AL. v. GRAHAM ET AL. March 2, 1931. Petition for writ of certiorari to